UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
NOV 18 2020
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>     Plaintiff, )<br>     )<br>   v. )<br>     )<br> JONATHAN MCMILLIN, )<br>     )<br>     Defendant. ) | CAUSE NO. 1:20-cr-298-RLY-TAB |

## **INDICTMENT**

The Grand Jury charges that:

Count One

*(18 U.S.C. Section 922(g)(1) - Felon in Possession of a Firearm)*

On or about October 14, 2020, in the Southern District of Indiana, JONATHAN MCMILLIN, defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year (to wit: Possession of a Narcotic Drug in Marion County, Indiana under Cause Number 49G02-0903-FD-035192; Criminal Recklessness Resulting in Serious Bodily Injury in Marion County, Indiana under Cause Number 49G02-0901-FC-009896), did knowingly possess in and affecting interstate or foreign commerce a firearm, that is: a Glock, Model 19, 9mm pistol; in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Sections 924(d), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of Count One of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: *M. P. Brady*
Michelle P. Brady
Assistant United States Attorney