UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
NOV 18 [illegible]
U.S. CLERK
EVANSVILLE,

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) CAUSE NO. 1:20-CR-298-RLY-TAB |
| JONATHAN MCMILLIN, | ) ) |
| Defendant. | ) ) |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Michelle P. Brady, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _M. P. Brady_
Michelle P. Brady
Assistant United States Attorney