UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
NOV 18 2020
U.S. CLERK
EVANSVILLE, INDIANA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 1:20-cr-298-RLY-TAB |
| JONATHAN MCMILLIN, | ) | |
| Defendant. | ) | |

PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm | 0-10 | NMT $250,000 | NMT 3 Years |

Dated: _____    _____
                                 JONATHAN MCMILLIN,
                                 Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana