UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:20-cr-00298 RLY-TAB |
| JONATHAN MCMILLIN, | ) ) |
| Defendant. | ) |

## NOTICE OF UNITED STATES' VERSION OF EVENTS

The United States of America, by counsel, John E. Childress, Acting United States Attorney for the Southern District of Indiana, and Michelle P. Brady, Assistant United States Attorney ("the Government"), submits the following statement of facts regarding the charged offense.

If called to do so at trial, the United States could prove the below facts beyond a reasonable doubt, and these facts are sufficient to convict the Defendant of the crime charged in the Indictment.

1. On October 14, 2020, the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) executed a federal warrant at Defendant Johnathan McMillin's Avon, Indiana residence on Rundell Drive. The agents seized a loaded Glock Model 19 handgun from the Defendant's bedroom.

2. The loaded Glock handgun had been manufactured outside the State of Indiana.

3.   Prior to October 14, 2020, as Defendant knew on October 14, 2020, Defendant had been convicted in two prior felony cases: felony Criminal Recklessness in Marion County, Indiana Superior Court in 2009; and felony Possession of Cocaine, also in Marion County, Indiana Superior Court in 2009.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney


 /s/ Michelle P. Brady
Michelle P. Brady
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                              By:    s/Michelle P. Brady
                                          Michelle P. Brady
                                          Assistant United States Attorney
                                          Office of the United States Attorney
                                          10 W. Market St., Suite 2100
                                          Indianapolis, Indiana 46204-3048
                                          Telephone: (317) 226-6333
                                          Fax: (317) 226-6125
                                          E-mail: Michelle.Brady@usdoj.gov