UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:20-cr-00298-RLY-TAB |
| JONATHAN MCMILLIN, | ) ) | -01 |
| Defendant. | ) ) | |

Courtroom Minutes for September 28, 2021

Before the Hon. Richard L. Young, Judge

Comes now the government by AUSA Michelle Brady, the defendant appears by video and CJA counsel, Andrew Borland appears in person, the USPO is represented by Danieka Thompkins for the change of plea and sentencing of the defendant.

The court determines the defendant is not under the influence of alcohol or drugs.

The court reads the Indictment and advises the defendant of his rights and the maximum and minimum penalties.

The government establishes a factual basis for the plea and the defendant agrees with the factual basis. The defendant pleads guilty as charged. The court finds the defendant fully competent and capable of entering an informed plea and now adjudges the defendant guilty.

The parties address the court regarding sentencing.

The court now sentences the defendant.

The defendant is released on conditions previously imposed.


Copies: All counsel of record